**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6954**

———————————

ROBERT G. COOK, JR.,

                                    Plaintiff - Appellant,

        versus

LANCE STEWARD,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-429-7)

———————————

Submitted:  October 8, 1999        Decided:  November 9, 1999

———————————

Before MICHAEL and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert G. Cook, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert G. Cook, Jr., appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint for failure to state a claim upon which relief may be granted, under 28 U.S.C.A. § 1915A(b)(1) (West 1999). We have reviewed the record and the district court's opinion and find the district court's order dismissing Cook's complaint without prejudice is not an appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). In Domino Sugar, we held that the dismissal of a complaint without prejudice may not be appealed unless the district court clearly indicates that the defects in the plantiff's case cannot be cured by amending and refiling the complaint. The district court in this case left open the possibility that Cook could amend the allegations in his complaint or plead new facts that would state one or more claims of constitutional dimension. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2